# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-1821 CAS (MRW) | Date | November 6, 2018 |
|---|---|---|---|
| Title | Roberto Luis Soler Avila v. Kirstjen Nielsen et al | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None Present | None Present |

**Proceedings:**          (IN CHAMBERS) ORDER RE: DISMISSAL

Petitioner filed a notice dismissing the petition. (Docket # 11.)  This action is dismissed without prejudice.